IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, and SCOTTSDALE INDEMNITY COMPANY,<br><br>Plaintiffs.<br><br>v.<br><br>APTAMIGO, INC., and CHRISTINE MEI,<br><br>Defendants. | Case No. 1:22-cv-06631<br><br>Judge John F. Kness |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Scottsdale Insurance Company and Scottsdale Indemnity Company hereby dismiss the Complaint (Doc. 1) without prejudice.

**SO STIPULATED:**

/s/ James M. Young
Stephen J. Schlegel, Ltd. (Stephen Schlegel)
PECK RITCHEY, LLC (Daniel J. Lynch)
321 S. Plymouth Ct., 6th Fl.
Chicago, IL 60604
(312) 201-0900
ARDC Nos. 2486903 & 6331421
sjschlegel@schlegelltd.com
dlynch@peckritchey.com

James M. Young
Bailey Cavalieri
10 West Broad Street, Suite 2100
Columbus, OH 43215

1

jyoung@baileycav.com
(*pro hac vice*)

*Counsel for Scottsdale Insurance Company and Scottsdale Indemnity Company*

*/s/ Gail S. Eisenberg (per email auth.)*
Gail Schnitzer Eisenberg
Loftus & Eisenberg, Ltd.
161 N. Clark, Suite 1600
Chicago, IL 60601
(312) 899- 6625
ARDC No. 6308951
gail@loftusandeisenberg.com

*Counsel for Christine Mei*

*/s/ Alexandra Yamron (per email auth.)*
Alexandra Yamron
171 N. Aberdeen St., #400
Chicago, Illinois 60607
(312) 339-8848
ayamron@gmail.com

*Counsel for AptAmigo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's electronic filing system, thereby effectuating service upon all interested parties, on this 25th day of April, 2023.

*/s/ James M. Young*
James M. Young